COMMISSIONER OF INTERNAL REVE-
NUE v. Mary Q. HALLOCK and Central
United National Bank of Cleveland, Trus-
tee.

No. 7666.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

James W. Morris, Morrison Shafroth,
Sewall Key, Frank T. Horner, and Helen
R. Carloss, all of Washington, D. C., for
petitioner.

Walker H. Nye, of Cleveland, Ohio, for
respondents.

Before HICKS, ALLEN, and HAMIL-
TON, Circuit Judges.

. PER CURIAM.

The mandate of the Supreme Court of
the United States, 60 S.Ct. 444, 84 L.Ed.
——, 125 A.L.R. 1368, having been received
and filed on March 1, 1940, and it appear-
ing therein that the judgment of this court
entered March 13, 1939, is reversed and the
cause remanded for further proceedings, it
is therefore, pursuant to said mandate and
in conformity with the opinion of the Su-
preme Court, now here ordered and ad-
judged that the order or decree of the Unit-
ed States Board of Tax Appeals in this
cause be and the same is reversed.

COMMISSIONER OF INTERNAL REVE-
NUE v. Mary Q. HALLOCK, Executrix,
Estate of Henry Hallock, Deceased.

No. 7667.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

James W. Morris, Morrison Shafroth,
Sewall Key, Frank T. Horner, and Helen
R. Carloss, all of Washington, D. C., for
petitioner.

Walker H. Nye, of Cleveland, Ohio, for
respondent.

Before HICKS, ALLEN, and HAMIL-
TON, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of
the United States, 60 S.Ct. 444, 84 L.Ed.
——, 125 A.L.R. 1368, having been received
and filed on March 1, 1940, and it appearing
therein that the judgment of this court en-
tered March 13, 1939, is reversed and the
cause remanded for further proceedings, it
is therefore, pursuant to said mandate and
in conformity with the opinion of the Su-
preme Court, now here ordered and ad-
judged that the order or decree of the
United States Board of Tax Appeals in this
cause be and the same is reversed.

COMMISSIONER OF INTERNAL REVE-
NUE v. S. H. SQUIRE, Superintendent of
Banks of the State of Ohio in Charge of
Liquidation of the Union Trust Company,
Successor of the First Trust & Savings
Company, Trustee, Cleveland, Ohio.

No. 7668.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

James W. Morris, Morrison Shafroth,
Sewall Key, and Helen R. Carloss, all of
Washington, D. C., for petitioner.

W. H. Annat, of Cleveland, Ohio, for re-
spondent.

Before HICKS, ALLEN, and HAMIL-
TON, Circuit Judges.

PER CURIAM. ·

The mandate of the Supreme Court of
the United States, 60 S.Ct. 444, 84 L.Ed.
——, 125 A.L.R. 1368, having been received
and filed on March 1, 1940, and it appear-
ing therein that the judgment of this court
entered March 13, 1939, is reversed and the
cause remanded for further proceedings, it
is therefore, pursuant to said mandate and
in conformity with the opinion of the Su-
preme Court, now here ordered and ad-
judged that the order or decree of the Unit-
ed States Board of Tax Appeals in this
cause be and the same is reversed.